**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WILLIAM SKEWES-COX,

*Plaintiff*,

v.

GEORGETOWN UNIVERSITY LAW CENTER,

*Defendant*.

Civil Action No. 1:25-cv-02444 (CJN)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 24, it is hereby

**ORDERED** that Defendant's Motion to Dismiss, ECF No. 13, is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint, ECF No. 12, is **DISMISSED** with prejudice; and it is further

**ORDERED** that Defendant's Motion to Dismiss, ECF No. 11, is **DENIED AS MOOT**.

This is a final and appealable Order.

The Clerk of Court is directed to terminate this case.

DATE: September 23, 2026

CARL J. NICHOLS
United States District Judge